**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: 2027 TERMS OF COURT FOR THE** | **)** | |
| **PITTSBURGH DIVISON OF THE U.S.** | **)** | **MISCELLANEOUS NO. 2:26-mc-00929** |
| **DISTRICT COURT FOR THE WESTERN** | **)** | |
| **DISTRICT OF PENNSYLVANIA** | **)** | |

**O R D E R**

**AND NOW,** this 11th day of September, 2026, **IT IS HEREBY ORDERED** that the 2027 trial terms for the Pittsburgh division of this court shall commence on the dates listed below, and each term shall last for a period of fourteen (14) days:

January 4
January 19

February 1
February 16

March 1
March 15
March 29

April 12
April 26

May 10
May 24

June 7
June 21

July 6
July 19

August 2
August 16
August 30

September 13
September 27

October 12
October 25

November 8
November 22

December 6
December 20

**IT IS FURTHER ORDERED THAT** that the Clerk of Court shall issue summonses for the appropriate number of jurors required for each trial term, that number to be determined by the Pittsburgh division's trial schedule for each trial term.

**IT IS FURTHER ORDERED THAT** the establishment of trial terms in the Erie and Johnstown divisions will be determined by the most senior active District Judge of that division.

Cathy Bissoon

**The Honorable Cathy Bissoon,**
**Chief United States District Judge**

cc: All District and Magistrate Judges of the Western District of Pennsylvania
Brandy S. Lonchena, Clerk of Court
U.S. Attorney's Office
Federal Public Defender
U.S. Marshal Service
U.S. Probation and Pretrial Services Office